IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:18-cv-00241-MR

| | |
|---|---|
| JOHNIE B. ERWIN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ERIK HOOKS, KENNETH LASSITER, ) | |
| and DAVID MITCHELL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte* for a periodic status review.

The *pro se* Plaintiff filed this action pursuant to 42 U.S.C. § 1983 in May 2018. [Doc. 1]. On May 9, 2018, the Clerk of Court entered a Notice of Deficiency informing the Plaintiff of his obligation to either pay the $400 filing fee or file an application to proceed without prepayment of fees and cautioned him that the failure to do so within 21 days may result in the dismissal of this action. [Doc. 2].

The Plaintiff has not paid the filing fee or filed an application to proceed without prepaying the fee and the deadline to do so has expired.

**IT IS, THEREFORE, ORDERED** that the Plaintiff **shall have fourteen (14) days from the date of this Order** in which to pay the filing fee or file an application to proceed without prepaying the fee. If the Plaintiff fails to do so, this case will be dismissed without prejudice and closed without further notice to the Plaintiff.

**IT IS SO ORDERED**.

Signed: June 8, 2020

Martin Reidinger
Chief United States District Judge