# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Johnie B. Erwin Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00241-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenneth Lassiter | ) | |
| Eric Hooks | ) | |
| David Mitchell, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2020 Order.

June 29, 2020

Frank G. Johns, Clerk
United States District Court